No. 99–10068. PITTS v. GEARINGER, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 99–10069. YOUNG JOON PARK v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 99–10070. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–10072. BURKS v. UNITED STATES; and
No. 99–10096. REDDICK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–10073. MEJIA-VELEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–10074. WILBURN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–10075. VISHEVNIK v. SUPREME COURT OF NEW YORK, NEW YORK COUNTY. C. A. 2d Cir. Certiorari denied.

No. 99–10076. MOYE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–10077. MAYS v. YUSUFF, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–10078. SCHREY v. RATELLE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–10079. ANTONIO RODRIGUEZ v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 99–10080. SALAZAR-ROBLES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–10081. REED v. LEONARD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–10082. BLICKLEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–10083. COX v. UNITED STATES. C. A. 6th Cir. Certiorari denied.